# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CARRILLO LEON,<br><br>    Petitioner,<br><br>    v.<br><br>P. BRAZELTON,<br><br>    Respondent. | Case No. 1:13-cv-00768-AWI-SAB-HC<br><br>ORDER DISMISSING PETITIONER'S MOTION FOR CLARIFICATION AS MOOT<br>[ECF NO. 27] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On October 2, 2013, Petitioner filed a request for clarification of the Court's September 24, 2013, order consolidating cases. The Court issued an order setting a briefing schedule with respect to the September 23, 2013, order on October 3, 2013. Therefore, Petitioner's request is moot.

///
///
///
///
///
///

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for clarification is DISMISSED as moot.

IT IS SO ORDERED.

Dated: **October 7, 2013**

UNITED STATES MAGISTRATE JUDGE